JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEBORAH JOHNSON,

      Plaintiff,

          vs.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

) Case No. 5:26-cv-00837-RGK-MAR
)
) **JUDGMENT**
)
)
)
)
)
)
)
)

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  6/10/2026

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE